```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
OLIVER WYMAN ACTUARIAL CONSULTING, INC.,                               :
                                                                       :
                           Plaintiff,                                  :
                                                                       :        22 Civ. 10206 (JPC)
            -v-                                                        :
                                                                       :             ORDER
GLORIFI INSURAANCE HOLDING COMPANY, LLC,                               :
and GLORIFI MANAGING GENERAL AGENCY, LLC                               :
                                                                       :
                           Defendants.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 7, 2022, Plaintiff served Defendants with copies of the Summons and Complaint. Dkts. 8-9. Defendants' deadline to respond to the Complaint was therefore December 28, 2022. *See* Fed. R. Civ. P. 12(a)(1(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until January 6, 2023. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff should seek Certificates of Default by January 13, 2023.

SO ORDERED.

Dated: December 29, 2022
      New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge