UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
OLIVER WYMAN ACTUARIAL CONSULTING, INC., :
          :
        Plaintiff,          :
          :    22 Civ. 10206 (JPC)
    -v-          :
          :    ORDER
GLORIFI INSURANCE HOLDING COMPANY, LLC :
and GLORIFI MANAGING GENERAL AGENCY, :
          :
        Defendants.      :
          :
------------------------------------------------------------------X

      Before the Court is Plaintiff's Motion for Default Judgment, on the grounds that Defendants have failed to appear or defend after being served with the Complaint.  There being no objection to entry of Judgment, and for the reasons stated on the record at the default judgment hearing of February 28, 2023, the Court finds good cause to grant the motion as to Count I of the Complaint.  Accordingly,

      **IT IS HEREBY ORDERED** that Defendants are liable pursuant to Count I of the Complaint for breach of contract;

      **IT IS HEREBY FURTHER ORDERED** that Counts II, III and IV of the Complaint are dismissed without prejudice; and

      **IT IS HEREBY FURTHER ORDERED** that a default judgment is awarded to Plaintiff in the amount of $1,047,616.25, plus pre-judgment interest from the date of each unpaid invoice

at the rate of 9% per annum, and post-judgment interest from the date of entry of judgment pursuant to 28 U.S.C. § 1961.

Entry of judgment to follow.  The Clerk of Court is respectfully directed to close Docket Number 19.

SO ORDERED.

Dated: March 1, 2023
       New York, New York

                                            JOHN P. CRONAN
                                     United States District Judge