UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                     :

OLIVER WYMAN ACTUARIAL CONSULTING, INC., :
                                     :

             Plaintiff,         :

                                       :         22 Civ. 10206 (JPC)

      -v-                     :

                                       :             JUDGMENT

GLORIFI INSURANCE HOLDING COMPANY, LLC   :
and GLORIFI MANAGING GENERAL AGENCY,    :
                                       :

            Defendants.     :

                                       :
-------------------------------------------------------------------X

Having considered the Motion for Default Judgment ("Motion") filed by Plaintiff Oliver

Wyman Actuarial Consulting, Inc. ("Plaintiff") against Defendants GloriFi Insurance Holding

Company, LLC and GloriFi Managing General Agency, LLC (collectively, "Defendants"), it is

**HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion is **GRANTED**

with respect to Count I of the Complaint:

1.      Pursuant to Federal Rule of Civil Procedure 55(b)(2), default judgment is entered

in this matter in favor of Plaintiff against Defendants on Plaintiff's claim for breach of contract

(Count I of the Complaint).

2.      Plaintiff's claims for account stated, promissory estoppel, and unjust enrichment

(Counts II, III and IV of the Complaint) are dismissed without prejudice.

3.      Plaintiff is entitled to damages from Defendants in the amount of $1,047,616.25,

representing the total amount of 11 unpaid invoices.

4.      Plaintiff is further entitled to damages from Defendants in the form of pre-judgment

interest from the date of each unpaid invoice to the date of this judgment, at the rate of 9% per

annum, as follows:

|  | Date of Invoice | Amount of Invoice | Pre-judgment interest |
|---|---|---|---|
| 1 | February 16, 2022 | $282,288.75 | $26,235.68 |
| 2 | March 14, 2022 | $32,010 | $2,770.40 |
| 3 | March 14, 2022 | $95,320 | $8,249.75 |
| 4 | March 30, 2022 | $90,235 | $7,453.66 |
| 5 | April 19, 2022 | $2,000 | $155.34 |
| 6 | April 19, 2022 | $37,410 | $2,905.68 |
| 7 | April 19, 2022 | $401,162.50 | $31,158.79 |
| 8 | May 11, 2022 | $30,390 | $2,195.57 |
| 9 | May 11, 2022 | $61,942.50 | $4,475.13 |
| 10 | June 14, 2022 | $6,420 | $410.00 |
| 11 | June 14, 2022 | $8,437.50 | $538.84 |
|  | **TOTAL PRE-JUDGMENT INTEREST** | | **$86,548.84** |

5.    Plaintiff is further entitled to damages from Defendants in the form of post-judgment interest from the date of entry of judgment pursuant to 28 U.S.C. § 1961.

SO ORDERED.

Dated: March 1, 2023
      New York, New York

_____
JOHN P. CRONAN
United States District Judge